IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACKTHINGS LLC,            ) | |
|                             ) | C. A. No.: 22-981-RGA-JLH |
| Plaintiff,           ) | (CONSOLIDATED) |
|                             ) | |
| v.                   ) | **JURY TRIAL DEMANDED** |
|                             ) | |
| NETGEAR, INC.,              ) | |
|                             ) | |
| Defendant.           ) | |

## CERTIFICATION

Pursuant to the Court's March 7, 2022 Standing Order for Objections Filed Under Fed. R. Civ. P. 72, Defendant NETGEAR, Inc. ("NETGEAR") hereby certifies that the foregoing objections do not raise any new legal or factual arguments that were not previously raised before the Magistrate Judge through briefing or at the June 21, 2023 *Markman* Hearing. There are three cases cited in the Objections that were not cited in the briefing. Counsel for NETGEAR relied on *Haliburton Oil Well Cementing Co. v. Walker*, 329 U.S. 1 (1946) in the *Markman* Hearing. *See* D.I. 143, Tr. at 88:5-16, 91:8-13. Counsel for NETEGAR also relied on "the entire line of *WMS Gaming* cases" in the *Markman* Hearing. *Id.* at 88:17-89:3. *Advanced Ground Information Systems, Inc. v. Life360, Inc.*, 830 F.3d 1341 (Fed. Cir. 2016) and *Rain Computing, Inc. v. Samsung Electronics America, Inc.*, 989 F.3d 1002 (Fed. Cir. 2021) are part of the "line of *WMS Gaming* cases." *See id. Rain Computing* specifically cites *WMS Gaming*. 989 F.3d at 1007. *Advanced Ground Information Systems* does not specifically cite *WMS Gaming*, but it cites several cases that, in turn, cite *WMS Gaming*. *Advanced Ground Info. Sys.*, 830 F.3d at 1349.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ James L. Higgins*
        _____
        Melanie K. Sharp (No. 2501)
        James L. Higgins (No. 5021)
        Taylor E. Hallowell (No. 6815)
        1000 North King Street
        Wilmington, DE  19801
        (302) 571-6600
        msharp@ycst.com
        jhiggins@ycst.com
        thallowell@ycst.com

        COOLEY LLP
        Joseph M. Drayton
        55 Hudson Yards
        New York, NY  10001-2157
        (212) 479-6000

        Reuben Chen
        3175 Hanover Street
        Palo Alto, CA  94304-1130
        (650) 843-5000

        Naina Soni
        1299 Pennsylvania Avenue, NW
        Suite 700
        Washington, DC  20004-2400
        (202) 842-7800

Dated: August 16, 2023        *Attorneys for NETGEAR, Inc.*

30659599.1